In the Matter of the Administration of the Estate of John E. Garland, Deceased, by the Genesee Valley Trust Company, as Temporary Administrator.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

Emma Huber, Appellant, v. Metropolitan Life Insurance Company Respondent.— Motion for a reargument denied, with ten dollars costs; motion fo leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomt Thompson, Crosby and Cunningham, JJ.

Charles Polge, an Infant, etc., by August Polge, His Guardian ad Litem Respondent, v. Julius Glazer and Glazer-Levy, Incorporated, Appellants.— Motion to amend order of January 15, 1937, to provide that the new trial bi limited to an assessment of damages, and for a reargument denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

Murdoch Kennedy, Appellant, v. Great Lakes Transit Corporation, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

## (March 24, 1937.)

Luther A. Harr, Secretary of Banking of the Commonwealth of Pennsylvania, Receiver of the Title and Trust Company of Western Pennsylvania, Connellsville, Pennsylvania, Respondent, v. David S. Wright, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies motion to dismiss the complaint in an action by representative of a bank to recover unpaid balance due on subscription for capital stock.) Present — Edgcomb, Thompson, Crosby, Lewis and Cunningham, JJ.

Leslie A. Huntington, as Trustee in Bankruptcy of the South Shore Co-Operative Association, Incorporated, Appellant, v. John Davidson, Respondent.— Judgment and order affirmed with costs. All concur. (The judgment is entered upon an order dismissing the complaint in an action by a trustee in bankruptcy to recover assessment against a member of a membership corporation.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Cunningham, JJ.

Raymond A. O'Connor and Another, Copartners Doing Business under the Firm Name and Style of R. A. O'Connor and Company, Respondents, Appellants, v. The City of Lockport, New York, Appellant, Respondent.— Order affirmed. without costs. All concur. (The order denies motion to strike out answer and cross-motion of defendant for dismissal of complaint in an action to recover for services as auditor.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.